**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

      **v.**        **No. 5:12-cr-50064**

**PHILLIP D. DONALD**                                                                 **DEFENDANT**

## O R D E R

Now on this 26th day of December 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #18), filed on November 28, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #18) is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that defendant is competent to proceed in this matter.

**IT IS SO ORDERED.**

                                                        **/s/ Jimm Larry Hendren**
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**